963 F.2d 1521
 64 Fair Empl.Prac.Cas. (BNA) 1856
 Tillman
v.
NYS Dept. of Mental Health
 NO. 91-9302
 United States Court of Appeals,
Second Circuit.
 Apr 06, 1992
 Appeal From: S.D.N.Y., 776 F.Supp. 841
 
 1
 AFFIRMED.
 
 
 2
 Federal Reporter. The Second Circuit provides by rule for
 
 
 3
 disposition by summary order when a decision is unanimous
 
 
 4
 and each judge believes that 'no jurisprudential purpose
 
 
 5
 would be served by a written opinion.' Decisions without
 
 
 6
 formal opinions 'shall not be cited or otherwise used in
 
 
 7
 unrelated cases.' Second Circuit Rules, § 0.23, 28 U.S.C.A.)